UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. CENTERS FOR DISEASE CONTROL AND INTERVENTION, et al.<br><br>*Defendants*. | Civil Action No. 1:24-cv-0406 (TSC) |

### ANSWER

Defendants Center for Disease Control and Prevention ("CDC") and U.S. Department of Health and Human Services ("HHS" or the "Department") (collectively, the "Defendants"), by and through undersigned counsel, respectfully submits the following answer to Plaintiff's Complaint filed on January 16, 2024 (ECF No. 1) under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

### FIRST DEFENSE

Plaintiff has failed to state a claim for which relief can be granted to the extent the records sought in the FOIA requests do not seek agency records within the meaning of FOIA.

### SECOND DEFENSE

This Court lacks jurisdiction under FOIA because the Complaint fails to plead that Defendants have "(1) 'improperly'; (2) 'withheld'; (3) 'agency records.'" *Competitive Enterprises Institute v. Office of Science & Technology Policy*, 827 F.3d 145, 147 (D.C. Cir. 2016) ("[j]urisdiction under FOIA requires 'a showing that an agency has (1) 'improperly'; (2) 'withheld'; (3) 'agency records'").

## THIRD DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's request for relief that exceeds the relief authorized by FOIA.

## FOURTH DEFENSE

Plaintiff is neither eligible nor entitled to attorney's fees or costs in this matter.

## RESPONSE TO NUMBERED PARAGRAPHS

Defendants respond to the Complaint in like numbered paragraphs as follows:

### JURISDICTION AND VENUE[1]

1. This paragraph asserts conclusions of law to which no response is required.

2. This paragraph asserts conclusions of law to which no response is required. To the extent a response is required, Defendant admits that venue is proper in this judicial district.

### PARTIES

3. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. Defendants deny that CDC is an agency within the Executive Branch. The remainder of this paragraph asserts conclusions of law to which no response is required.

---

[1] For ease of reference, Defendants' Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

5. Defendants admit that HHS is an agency in the Executive Branch and an agency within the meaning of FOIA. The remainder of this paragraph asserts conclusions of law to which no response is required.

## STATEMENT OF FACTS

6. Defendants admit that Plaintiff submitted a FOIA request to CDC dated November 1, 2021 and that a copy of the request is attached to the Complaint (ECF No. 1-1) (hereinafter, the "First Request"). In response to the remaining allegations in this paragraph, Defendants refer the Court to that request for a complete and accurate statement of its contents and deny any allegations inconsistent with the content of that request.

7. Admitted as to the First Request. In further response, CDC refers the Court to the November 3, 2021 letter attached to the Complaint (ECF No. 1-2) for a complete and accurate statement of its contents.

8. Defendants admit that on April 14, 2022, CDC issued Plaintiff its final response letter to the First Request and that a copy of that letter is attached to the Complaint (ECF No. 1-3). In response to the remaining allegations in this paragraph, Defendants refer the Court to that letter for a complete and accurate statement of its contents and deny any allegations inconsistent with the content of that letter.

9. Defendants admit that, by letter dated July 13, 2022, Plaintiff appealed CDC's response to the First Request and that a copy of that letter is attached to the Complaint (ECF No. 1-4). In response to the remaining allegations in this paragraph, Defendants refer the Court to that letter for a complete and accurate statement of its contents and deny any allegations inconsistent with the content of that letter.

10. Defendants admit the allegations in this paragraph and, in further response, refer the Court to the July 13, 2022 letter attached to the Complaint (ECF No. 1-5) for a complete and accurate statement of its contents.

11. Defendants admit that Plaintiff submitted a FOIA request dated November 5, 2021 to CDC and that a copy of the request is attached to the Complaint (ECF No. 1-6) (hereinafter, the "Second Request"). In response to the remaining allegations in this paragraph, Defendants refer the Court to that request for a complete and accurate statement of its contents and deny any allegations inconsistent with the content of that request.

12. Admitted as to the Second Request. In further response, Defendants refer the Court to the November 9, 2021 letter attached to the Complaint (ECF No. 1-7) for a complete and accurate statement of its contents.

13. Defendants admit that, by letter dated December 28, 2022, CDC issued Plaintiff its final response letter to the Second Request and that a copy of that letter is attached to the Complaint (ECF No. 1-8). In response to the remaining allegations in this paragraph, Defendants refer the Court to that letter for a complete and accurate statement of its contents and deny any allegations inconsistent with the content of that letter.

14. Defendants admit that, by letter dated March 22, 2023, Plaintiff appealed CDC's response to the Second Request and that a copy of that letter is attached to the Complaint (ECF No. 1-9). In response to the remaining allegations in this paragraph, Defendants refer the Court to that appeal for a complete and accurate statement of its contents and deny any allegations inconsistent with the content of that appeal.

15. Defendants admit the allegations in this paragraph and, in further response, refer the Court to the March 23, 2023 letter attached to the Complaint (ECF No. 1-10) for a complete and accurate statement of its contents the allegations in this paragraph.

16. This paragraph consists of conclusions of law to which no response is required.

## COUNT I

17. Defendants reincorporate every paragraph above as stated herein.

18. This paragraph asserts conclusions of law to which no response is required.

19. This paragraph asserts conclusions of law to which no response is required.

20. Defendants deny the allegations in this paragraph.

## COUNT II

21. Defendants reincorporate every paragraph above as stated herein.

22. This paragraph asserts conclusions of law to which no response is required. To the extent any response is required, Defendants deny the premise of this allegation, which incorrectly assumes that the requests sought agency records within the meaning of FOIA or that any responsive agency records subject to FOIA were located in response to the requests.

23. Defendants deny the allegations in this paragraph.

## COUNT III

24. Defendants reincorporate every paragraph above as stated herein.

25. This paragraph asserts conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.

26. Defendants deny the allegations in this paragraph.

## REQUESTED RELIEF

The remainder of Plaintiff's Complaint contains Plaintiff's request for relief to which no response is required. To the extent a response is deemed necessary, Defendants deny that Plaintiff is entitled to the relief requested. Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants assert a general denial as to those allegations contained in the Complaint that are not specifically admitted herein.

| | |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| By: | */s/ Jeremy S. Simon*<br>JEREMY SIMON, D.C. Bar No. 447956<br>U.S. Attorney's Office for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C.  20530<br>(202) 252-2528<br>Jeremy.simon@usdoj.gov<br><br>*Counsel for the United States of America* |